IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA


Schaffer Davis
733 Foucher Street
New Orleans, LA 70115

   -vs-

Melton Truck Lines
808 N. 161st E. Avenue
Tulsa, OK 74116

FILED

JUN 1 4 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

19 CV 316 GKF - JFJ


JURISDICTION

The United States District Court Northern District of Oklahoma have subject matter jurisdiction over this case pursuant to 78 U.S.C title VII sections 703,704


PARTIES

Plaintiff: Schaffer Davis
       733 Foucher Street
       New Orleans, LA 70115


Defendant: Melton Truck Lines
       808 N. 161st E. Avenue
       Tulsa, OK 74116

_✓_Mail   ___No Cert Svc   ___No Orig Sign

___C/J   ___C/MJ   ___C/Ret'd   _✓_No Env

___No Cpys   ___No-Env/Cpys   ___O/J   ___O/MJ

IFP — ∅ Summons

COMPLAINT

On April 29, 2019 Schaffer Davis was lured into calling Melton Truck Lines through deceptive Melton Truck Lines advertisement. Melton Truck Lines advertised that they, Melton Truck Lines was a equal opportunity employer by offering driving positions to driving students and experienced drivers. Melton Truck Lines advertised that they, Melton Truck Lines was hiring class A over the road flatbed drivers from Louisiana. Melton Truck Lines advertised that they, Melton Truck Lines was paying .50 per mile for 1 to 3 years over the road drivers.

On April 29, 2019 Schaffer Davis called to speak with a Melton Truck Lines recruiter to gain further information regarding employment qualifications. A Melton Truck Lines recruiter assisted Schaffer Davis with the completion of Schaffer Davis Melton Truck Lines driver application that acknowledged all Schaffer Davis personal information.

Schaffer Davis disclosed the following information; personal residential addresses, personal social security number, personal date of birth, personal cell phone number, personal email address, personal driving school information, height, personal weight information, personal family contact information, personal education, personal last school attended information, personal health condition, personal current residential state, personal driver license information, personal prior employment information of Ambiguous Psychologically manipulative Psychologically deceptive universal Perspective employer title names that constructs a Psychological influence upon a scrutinizer and researcher, and personal driver driving record that disclosed acceptable driver information for OTR over the road driver employment.

On May 4, 2019 Schaffer Davis departed the New Orleans, LA Greyhound bus terminal at about 10:00am – 10:02am traveling a Greyhound bus bound for Tulsa, OK.

On May 5, 2019 Schaffer Davis arrived at the Tulsa, OK Greyhound bus terminal at about 5:21pm – 5:24pm.

On May 5, 2019 at about 5:46pm to 5:48pm Schaffer Davis boarded a Wyndham hotel transportation van courtesy of Wyndham hotel and Melton Truck Lines to be transported to the Wyndham hotel located at 10918 East 41 Street Tulsa, OK 74146 to receive a reserved Wyndham hotel room courtesy of Melton Truck Lines.

On May 6, 2019 at about 7:00am, 7:15am Schaffer Davis began a later to be discovered fundamentally constructive Melton Truck Lines driver orientation that was scheduled to be completed by Schaffer Davis on May 13, 2019 at the Melton Truck Lines orientation building located at 474 North 161 Street East Avenue Tulsa, OK.

On May 9, 2019 at about 6:05pm to 6:10pm Schaffer Davis reported a victimization of personal property theft; the theft of Schaffer Davis personal Federal Government Food Supplement Assistance card and Wyndham hotel room key card while located at the Melton Truck Lines orientation building located at 474 North 161 Street East Avenue Tulsa, OK from 6:10am to 8:10am.

On May 10, 2019 at about 10:40am to 11:02am the Director of Melton Truck Lines orientation acknowledged Schaffer Davis of the discovery of 2 traffic bench warrants prior to 2011 and ambiguously began stating to Schaffer Davis; Ima have to send you home and you gon have to take care of this because we just got notification that both those bench warrants are still active, once you get proof that their taken care of you can reapply.

The Director of Melton Truck Lines orientation then issued Schaffer Davis a Greyhound bus ticket confirmation number for a Greyhound bus travel from Tulsa, OK to New Orleans, LA scheduled to leave the Tulsa, OK Greyhound bus terminal on May 11, 2019 courtesy of Melton Truck Lines.

On May 13, 2019 at about 4:59pm to 5:09pm Schaffer Davis called the Melton Truck Lines recruiting department and acknowledged to a Melton Truck Lines recruiter that the 2 traffic bench warrants was cleared.

The Melton Truck Lines recruiter then assisted Schaffer Davis with resubmitting a over the road driving job application with Melton Truck Lines.

On May 15, 2019 at about 3:40pm to 3:50pm Melton Truck Lines denied equal opportunity employment to Schaffer Davis; discriminating Schaffer Davis based upon Schaffer Davis Age, National Origin, race, color, and sex; and also retaliated against Schaffer Davis for reporting his, Schaffer Davis victimization of personal property theft; the theft of Schaffer Davis personal Federal Government Food Supplement Assistance card and Wyndham hotel room key card while located at the Melton Truck Lines orientation building located at 474 North 161 Street East Avenue Tulsa, OK from 6:10am to 8:10am; violating Schaffer Davis Federal Civil rights Act of 1964 78 title VII U.S.C section 703, and 704 that clearly states;

 (a) It shall be an unlawful employment practice for an employer—

(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

(2) to limit, segregate, or classify his employees in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin

(b) It shall be an unlawful employment practice for an employment agency to fail or refuse to refer for employment, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin, or to classify or refer for employment any individual on the basis of his race, color, religion, sex, or national origin

SEC. 704. (a) It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed any practice,  made an unlawful employment practice by this title, or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this title

3

DEMAND

From the above stated victimizations plaintiff Schaffer Davis is currently suffering from a Psychologically traumatized mental, mental illness, character defamation and a constant mental insecurity paranoia [Paranoid Personality disorder] that was constructed upon Schaffer Davis mental.

Plaintiff Schaffer Davis is asking that Melton Truck Lines pay $3,401,472 in damages to cover mental rehabilitation not limited to the traumatized mental, mental illness, constant mental extortion and character defamation Schaffer Davis is suffering from.

Plaintiff Schaffer Davis is asking that Melton Truck Lines have legal representation contact plaintiff Schaffer Davis in respondence to these mentally stressful incidents to discuss a civil resolution to plaintiff Schaffer Davis damages that occurred due to the stated above victimizations from April 29, 2019 through May 15, 2019 and currently until relief is reached.

Upon legal representation respondence; evidence proving the above allegations will be available to forward.

Respectfully submitted,

_____
Schaffer Davis

Schaffer Davis
733 Foucher Street
New Orleans, LA 70115

4

schaffer.davis@yahoo.com

Dated: May 17, 2019

5

# FedEx
## Express



RECEIVED

JUN 14 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT



ORIGIN ID:NEWA  Attention of FedEx Express® shipping label here.
SCHAFFER L DAVIS  (504) 357-5010
733 FOUCHER ST
NEW ORLEANS, LA 70115
UNITED STATES US

SHIP DATE: 13JUN19
ACTWGT: 0.10 LB
CAD: 6997807/SSF02002

TO  US DISTRICT COURT CLERK

333 W 4TH ST STE 411

TULSA OK 74103
(918) 699-4700
PO:                    REF:
INV:                   DEPT:

TRK#  0201  7878 5949 1228          FRI — 14 JUN 3:00P
                                    STANDARD OVERNIGHT

XH TULA                                      74103
1.9 CV  3.16 GKF — JF1              OK-US    TUL

REL#
3785346

FedEx
Express

J191019010701NN